IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARK ANTHONY PETERSIMES, §
§
Petitioner, §
§
V. § No. 3:14-cv-3220-N-BN
§
WILLIAM STEPHENS, Director §
Texas Department of Criminal Justice §
Correctional Institutions Division, §
§
Respondent. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner's Motion to Stay Proceedings [Dkt. No. 29] is DENIED.

SO ORDERED this 17th day of December, 2015.


DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE